UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-03315 ADS            Date: July 12, 2021
Title: _Mark Mitchell v. Felicia Ponce_

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):   Attorney(s) Present for Respondent(s):
None Present                             None Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 13, 2021, petitioner Mark Mitchell ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody. [Dkt. No. 1]. On June 3, 2021, Respondent filed a Motion to Dismiss arguing the Petition should be dismissed for the following reasons: (1) the Petition is premature; (2) the Court lacks jurisdiction since Petitioner's Ground Two challenges the Federal Bureau of Prisons' statutory interpretation; and (3) Petitioner failed to pursue the administrative remedy process. [Dkt. No. 12].

In the Court's April 23, 2021 Order Requiring Response to Petition, Petitioner was given twenty (20) days to file an Opposition, if any, to the Motion to Dismiss. [Dkt. No. 4, p. 2]. As of the date of this Order, Petitioner has not filed an Opposition to the Motion to Dismiss. Pursuant to the Local Rules of the Central District of California, Petitioner's failure to file an opposition to the Motion to Dismiss may be deemed consent to the granting of the Motion to Dismiss. See L.Rs. 7-9, 7-12.

In the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for the reasons stated in the Motion to Dismiss and/or failure to prosecute this Petition, **by no later than July 26, 2021.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-03315 ADS                                                              Date: July 12, 2021

Title: *Mark Mitchell v. Felicia Ponce*

  In the alternative, Petitioner may file a notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

  **Petitioner is cautioned that failure to timely file a response may result in dismissal of this action due to failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

  **IT IS SO ORDERED.**

Initials of Clerk kh